Hand-Delivered

FILED
CHARLOTTE, NC

AUG 3 1 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Joseph Elberti

_____

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Averitt Express inc

_____

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*

) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 
) 

Case No. 3:23-CV-558 - FDW

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I.      **The Parties to This Complaint**

    A.      **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Joseph Elberti |
| Street Address | 3972 Harmatton dr. |
| City and County | Denver        Lincoln |
| State and Zip Code | NC        28037 |
| Telephone Number | 631-255-8091 |
| E-mail Address | Jebkrti66@gmail.com. |

    B.      **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

Name    Brandon Williams

Job or Title *(if known)*    station manager

Street Address    3708 Westinghouse blvd.

City and County    Charlotte    Mecklinberg

State and Zip Code    NC

Telephone Number

E-mail Address *(if known)*    bwilliams@averittexpress.com

Defendant No. 2

Name    Ken Martin

Job or Title *(if known)*    First line leader

Street Address    3708 westinghouse blvd

City and County    Charlotte    Mecklinberg

State and Zip Code    NC

Telephone Number

E-mail Address *(if known)*    Kmartin@averittexpress.com

Defendant No. 3

Name    Rodney Tate

Job or Title *(if known)*    3708 westinghouse blvd (ASST mgr.

Street Address    3708 westinghouse blvd

City and County    Charlotte    Mecklinberg

State and Zip Code    NC

Telephone Number

E-mail Address *(if known)*    rtate@averittexpress.com

Defendant No. 4

Name    Travis Webster

Job or Title *(if known)*    VP regional

Street Address    3708 Westinghouse blvd.

City and County    Charlotte    Mecklinberg

State and Zip Code    NC

Telephone Number

E-mail Address *(if known)*    Travis.webster@averittexpress.com

Case 3:23-cv-00558-FDW-SCR    Document 1    Filed 08/31/23    Page 2 of 6

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

|  |  |
|---|---|
| Name | Averitt Express |
| Street Address | 3708 Westinghouse blvd. |
| City and County | Charlotte    Mecklinberg |
| State and Zip Code | NC |
| Telephone Number |  |

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note:  In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Other federal law *(specify the federal law)*:

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes (check all that apply):

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts (specify): _____

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

11/2022 to 3/2023

C. I believe that defendant(s) (check one):

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my (check all that apply and explain):

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☒ national origin _____
- ☐ age (year of birth) _____ (only when asserting a claim of age discrimination.)
- ☒ disability or perceived disability (specify disability)

_____

E. The facts of my case are as follows. Attach additional pages if needed.

In the almost 7 years with my employer I have been sought out for "being different" Not from the South / made to feel selected and harrassed by mocking nae. In the _____ _____ _____ on disability for medical issues and I truly believe I was targeted and retaliated against for both national origin and _____ actions due to medical claims made and statements made by Branden Williams

Case 8:23-cv-00558-FDW-SCR   Document 1   Filed 08/31/23   Page 4 of 6

I have many emails/text of the actions taken by my manager. Brandon Williams in which he made other managers target me in his place. Our Regional VP, Travis Webster was notified and was asked to help before I was terminated. He was informed of the harrassment and hostile workplace. I pleaded with him to help me and nothing was stopped in Managments actions.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Yes on May 23rd 2023 letter dated 5/31/2023

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* 5/31/2023 .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- My damages will include all back wages from the date of dismissle including any increases due to the fact the company took these wrongful actions.
- I ask the court to look into other unlawful acts of these actions with these managers for everyone
- I ask for mental and financial punitive damages for putting myself.

and family in mental distress and finincial hardship.

~ I Include finincial compensation for re education and or to start a new career at my late age.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 8/31/23

Signature of Plaintiff

Printed Name of Plaintiff    Joseph Elberti

### B. For Attorneys

Date of signing: _____

Signature of Attorney       _____

Printed Name of Attorney    _____

Bar Number                  _____

Name of Law Firm            _____

Street Address              _____

State and Zip Code          _____

Telephone Number            _____

E-mail Address              _____